UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

MAGDALENE SIMIEN

CIVIL ACTION NO. 04-701-JJB-SCR

VERSES

BY DEPUTY CLERK

JOSEPH FREEMAN, ET AL.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of the above and foregoing, Motion for Extension of Time to Respond to Defendants' Motions for Summary Judgment and to File a Single Opposition, and the record of these proceedings;

IT IS ORDERED that plaintiff be and is hereby permitted until June 20, 2008, to respond to defendants', State of Louisiana and Freeman, Motion for Summary Judgment.

IT IS FURTHER ORDERED that plaintiff be and is hereby allowed to file a single Opposition and Memorandum to Defendants', State of Louisiana and Freeman, Motions for Summary Judgement.

Baton Rouge, Louisiana, this 9th day of JUNE, 2008.

_____
JUDGE, U.S. DISTRICT COURT
James J. Brady